## (April 17, 1961)

■ (A) WINIFRED CONMY, Respondent, v. ST. VINCENT'S RETREAT FOR NERVOUS & MENTAL DISEASES, Appellant. (B) MAX FINESMITH, Respondent, v. NETTIE FINESMITH, Appellant.— [In each action] Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ BENJAMIN COOPER, Appellant, v. PAULINE STONE et al., Respondents.— Motion by respondent Shapiro to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ EAST COAST ATTIC & BASEMENT CO., INC., Respondent, v. SAMUEL CYTRYN et al., Appellants.— Motion by plaintiff to dismiss defendants' appeal from an order of the Supreme Court, Nassau County, dated March 7, 1961, granting plaintiff's motion to vacate an order of preclusion on condition that plaintiff pay $100 costs and serve its bill of particulars. The motion is made on the ground that defendants waived their right to prosecute the appeal by receiving, prior to the service of their notice of appeal, the $100 and the bill of particulars, and by retaining both. Defendants admit such receipt and retention. Motion granted; appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ HELEN FOX, Respondent, v. JOHN P. J. FOX, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, denied. Beldock, Ughetta, Kleinfeld and Christ, JJ., concur; Nolan, P. J., not voting.

■ (A) DAVID L. GITTLITZ et al., Appellants, v. ROBERT S. LEWIS, Respondent. (B) In the Matter of the Accounting of SAMUEL FLASTERSTEIN, et al., as Executors of ISIDOR FLASTERSTEIN, Deceased, Appellants. LEE M. T. FLASTERSTEIN, Respondent.— [In each action] Motion by respondent to dismiss appeal, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ THELMA N. GOLDING, Respondent, v. DUTCHESS GLASS COMPANY, INC., et al., Appellants. CHESTER H. GOLDING, JR., Respondent, v. DUTCHESS GLASS COMPANY, INC., et al., Appellants.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before June 15, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.